# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                §
                                      §
BARAN, DENNIS S.                      §     Case No. 13-15610
BARAN, MICHAL LOUISE                  §
                                      §
                                      §
_____Debtor(s)_____§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Elizabeth C. Berg_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - Successor Trustee Report
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-15610 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | BARAN, DENNIS S. | Date Filed (f) or Converted (c): | 04/15/13 (f) |
| | BARAN, MICHAL LOUISE | 341(a) Meeting Date: | 06/03/13 |
| For Period Ending: | 08/27/14 | Claims Bar Date: | 02/18/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 39W791 Dairyherd Lane, St. Charles, IL 60175. Tw | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. 1881 Carnation Court, Unit B, Aurora, IL. 2 story | 37,000.00 | 0.00 | | 0.00 | FA |
| 3. 1N303 La Fox Road, La Fox, IL Single story, cemen | 210,000.00 | 0.00 | | 0.00 | FA |
| 4. First State Bank Checking Account #2017986 | 100.00 | 0.00 | | 0.00 | FA |
| 5. Old Second National Bank Checking Account #3000227 | 75.00 | 0.00 | | 0.00 | FA |
| 6. First State Bank Savings Account | 25.00 | 0.00 | | 0.00 | FA |
| 7. Checking account at Old Second Bank. Michal Baran | 350.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods, Furnishings, Appliances and Elect | 500.00 | 0.00 | | 0.00 | FA |
| 9. Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 10. Wedding rings | 250.00 | 0.00 | | 0.00 | FA |
| 11. Lincoln Life Insurance Policy with face value of $ | 2,200.00 | 0.00 | | 0.00 | FA |
| 12. Term Life Insurance policy with Dearborn Life - De | 0.00 | 0.00 | | 0.00 | FA |
| 13. Term life insurance policy with Banner Life, death | 0.00 | 0.00 | | 0.00 | FA |
| 14. Met Life insurance policy with face value of $120, | 5,998.16 | 0.00 | | 0.00 | FA |
| 15. Dearborn Life insurance policy; term, death benefi | 0.00 | 0.00 | | 0.00 | FA |
| 16. Prudential Annuity Account #E0788611 and contract | 2,315.35 | 0.00 | | 0.00 | FA |
| 17. Debtors own 100% of the stock in M & D Services, d Abandoned per order 02/28/14 | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. Grout Doctor Global Franchise Corporation. A C co | Unknown | 30,000.00 | | 15,000.00 | FA |
| 19. Debtors own the Trademark for the Stone Doctor. No | Unknown | 0.00 | | 0.00 | FA |
| 20. 1999 Chevy Astro Van, cross collateralized with bu | Unknown | 0.00 | | 0.00 | FA |
| 21. 1999 Chevy Astro Van - cross collateralized with M | Unknown | 0.00 | | 0.00 | FA |
| 22. 2003 Chevy Tahoe with 91000 miles, used by Grandda | 5,600.00 | 0.00 | | 0.00 | FA |
| 23. 2004 Astro Van with 119000 miles | 2,900.00 | 0.00 | | 0.00 | FA |
| 24. 2005 Chevy Cavalier with 160,000 miles owned joint | 418.00 | 0.00 | | 0.00 | FA |
| 25. Storage racks and miscellaneous small hand tools | 200.00 | 0.00 | | 0.00 | FA |

FORM 1 - Successor Trustee Report
Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 13-15610 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | BARAN, DENNIS S. | Date Filed (f) or Converted (c): | 04/15/13 (f) |
| | BARAN, MICHAL LOUISE | 341(a) Meeting Date: | 06/03/13 |
| | | Claims Bar Date: | 02/18/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Miscellaneous grouts, chemicals and grout stains | 50.00 | 0.00 | | 0.00 | FA |
| 27. Time Share - Diamond Resorts International | Unknown | 0.00 | | 360.00 | FA |
| 28. Time Share - ARI Holiday Network LTD | Unknown | 0.00 | | 360.00 | FA |
| 29. 3 Timeshares (u) | 0.00 | 1,080.00 | | 1,080.00 | FA |
| 30. Thomas Pradzynski titled New York Sunday (u) | 0.00 | 200.00 | | 200.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $618,281.51    $31,280.00    $17,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtors' interest in corporate franchisor, Grout Doctor Global Franchise Corporation ("GDGFC"); during her investigation, Trustee obtained extensions of time to file a complaint objecting to Debtors' discharge; Trustee obtained court order directing turnover of GDGFC stock certificate; pursuant to this Court's order dated 12/19/13, Trustee negotiated for sale of interest back to GDGFC for $15,000.00; Trustee identified timeshares not scheduled by Debtors as well as marketable art; Trustee investigated the Debtors' interest in the various timeshares and art; Trustee contacted brokers in Hawaii to determine liquidation value of time shares; ultimately, Trustee negotiated with Debtors to sell the Estate's interest in the timeshares and art for $2,000.00 payable in installments; Trustee received final installment payment in May 2014; Trustee reviewed and analyzed claims and attended to Estate tax matters, including filing Estate tax returns.

Initial Projected Date of Final Report (TFR): 09/30/14    Current Projected Date of Final Report (TFR): 09/30/14

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Ver: 18.00b

FORM 2 - Successor Trustee Report

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-15610 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | BARAN, DENNIS S. | Bank Name: | Associated Bank |
| | BARAN, MICHAL LOUISE | Account Number / CD #: | *******6040 Checking Account |
| Taxpayer ID No: | *******3865 | | |
| For Period Ending: | 08/27/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/30/13 | 18 | Chase - Cashier's Check | SALE OF STOCK - GROUT DOC GLOBAL | 1129-000 | 15,000.00 | | 15,000.00 |
| 02/06/14 | 001001 | International Sureties, Ltd. Suite 420 701Poydras Street New Orleans, LA 70139 | 2013 Bond Premium Bond Number: #016026455 | 2300-000 | | 10.31 | 14,989.69 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 22.29 | 14,967.40 |
| 02/13/14 | 27, 28 | DENNIS & MICHAL BARAN 39W791 DAIRYHERD LANE ST. CHARLES, IL 60175 | SETTLEMENT - TIMESHARE | 1129-000 | 500.00 | | 15,467.40 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.49 | 15,446.91 |
| 03/17/14 | | DENNIS & MICHAL BARAN 39W791 DAIRYHERD LANE ST. CHARLES, IL 60175 | SETTLEMENT - TIMESHARE | | 500.00 | | 15,946.91 |
| | 28 | | Memo Amount: 220.00 SETTLEMENT-TIMESHARE | 1129-000 | | | |
| | 29 | | Memo Amount: 280.00 SETTLEMENT TIMESHARE | 1229-000 | | | |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.32 | 15,923.59 |
| 04/16/14 | 29 | DENNIS & MICHAL BARAN 39W791 DAIRYHERD LANE ST. CHARLES, IL 60175 | SETTLEMENT - TIMESHARE | 1229-000 | 500.00 | | 16,423.59 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.27 | 16,400.32 |
| 05/19/14 | | DENNIS & MICHAL BARAN 39W791 DAIRYHERD LANE ST. CHARLES, IL 60175 | SETTLEMENT - TIMESHARE/ARTWORK | | 500.00 | | 16,900.32 |
| | 29 | | Memo Amount: 300.00 SETTLEMENT TIMESHARE/ARTWORK | 1229-000 | | | |
| | 30 | | Memo Amount: 200.00 | 1229-000 | | | |

Page Subtotals  17,000.00  99.68

FORM 2 - Successor Trustee Report

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-15610 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | BARAN, DENNIS S. | Bank Name: | Associated Bank |
| | BARAN, MICHAL LOUISE | Account Number / CD #: | *******6040  Checking Account |
| Taxpayer ID No: | *******3865 | | |
| For Period Ending: | 08/27/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | Associated Bank | SETTLEMENT TIMESHARE/ARTWORK BANK SERVICE FEE | 2600-000 | | 24.69 | 16,875.63 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.28 | 16,851.35 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,000.00 | COLUMN TOTALS | 17,000.00 | 148.65 | 16,851.35 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 17,000.00 | 148.65 | |
| Memo Allocation Net: | 1,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 17,000.00 | 148.65 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 1,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********6040 | 17,000.00 | 148.65 | 16,851.35 |
| Total Memo Allocation Net: | 1,000.00 | | 17,000.00 | 148.65 | 16,851.35 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        48.97

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 27, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-15610
Debtor Name: BARAN, DENNIS S.

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $2,450.00 | $0.00 | $2,450.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $906.50 | $0.00 | $906.50 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $7,750.00 | $0.00 | $7,750.00 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $106.40 | $0.00 | $106.40 |
| BOND 999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans, LA 70139 | Administrative | 2221656040  02/06/14  1001 | $10.31<br>10.31 | $10.31 | $0.00 |
| | Subtotal for Class Administrative | | | $11,223.21 | $10.31 | $11,212.90 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $12,134.27 | $0.00 | $12,134.27 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $10,165.50 | $0.00 | $10,165.50 |
| 000003<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (3-1) CREDIT CARD DEBT | $2,761.52 | $0.00 | $2,761.52 |
| 000004<br>070<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | (4-1) loc6278 | $1,413.73 | $0.00 | $1,413.73 |
| 000005<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (5-1) JCPENNEY CREDIT SERVICES | $1,365.07 | $0.00 | $1,365.07 |
| 000006<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (6-1) LOWES CONSUMER | $2,660.98 | $0.00 | $2,660.98 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 27, 2014 |

Case Number:   13-15610  
Debtor Name:   BARAN, DENNIS S.

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (7-1) MEIJER | $4,773.77 | $0.00 | $4,773.77 |
| 000008 070 7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | (8-1) CREDIT CARD DEBT | $35,193.94 | $0.00 | $35,193.94 |
| | Subtotal for Class Unsecured | | | $70,468.78 | $0.00 | $70,468.78 |
| | Case Totals: | | | $81,691.99 | $10.31 | $81,681.68 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-15610
Case Name: BARAN, DENNIS S.
　　　　　BARAN, MICHAL LOUISE
Trustee Name: Elizabeth C. Berg

　　　Balance on hand　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

　　　Total to be paid for chapter 7 administrative expenses　　$_____
　　　Remaining Balance　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $	must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $	have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be	percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000003 | Capital One, N.A. | $ | $ | $ |
| 000004 | US BANK N.A. | $ | $ | $ |
| 000005 | Capital Recovery V, LLC | $ | $ | $ |
| 000006 | Capital Recovery V, LLC | $ | $ | $ |
| 000007 | Capital Recovery V, LLC | $ | $ | $ |
| 000008 | eCAST Settlement Corporation, assignee | $ | $ | $ |

  Total to be paid to timely general unsecured creditors $_____

  Remaining Balance $_____

  Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE