# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
BARAN, DENNIS S. § Case No. 13-15610
BARAN, MICHAL LOUISE §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Mr. Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago  IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on Friday, October 10, 2014
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BARAN, DENNIS S. § Case No. 13-15610
BARAN, MICHAL LOUISE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,000.00 |
| and approved disbursements of | $ | 148.65 |
| leaving a balance on hand of[1] | $ | 16,851.35 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 2,450.00 | $ 0.00 | $ 2,450.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 7,750.00 | $ 0.00 | $ 7,750.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 106.40 | $ 0.00 | $ 106.40 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 906.50 | $ 0.00 | $ 906.50 |
| Other: International Sureties, Ltd. | $ 10.31 | $ 10.31 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 11,212.90 |
| Remaining Balance | | | $ 5,638.45 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,468.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 12,134.27 | $ 0.00 | $ 970.90 |
| 000002 | Capital One Bank (USA), N.A. | $ 10,165.50 | $ 0.00 | $ 813.38 |
| 000003 | Capital One, N.A. | $ 2,761.52 | $ 0.00 | $ 220.96 |
| 000004 | US BANK N.A. | $ 1,413.73 | $ 0.00 | $ 113.12 |
| 000005 | Capital Recovery V, LLC | $ 1,365.07 | $ 0.00 | $ 109.22 |
| 000006 | Capital Recovery V, LLC | $ 2,660.98 | $ 0.00 | $ 212.91 |
| 000007 | Capital Recovery V, LLC | $ 4,773.77 | $ 0.00 | $ 381.97 |
| 000008 | eCAST Settlement Corporation, assignee | $ 35,193.94 | $ 0.00 | $ 2,815.99 |

Total to be paid to timely general unsecured creditors    $    5,638.45

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-15610-DRC
Dennis S. Baran                                                     Chapter 7
Michal Louise Baran
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers             Page 1 of 2             Date Rcvd: Sep 12, 2014
                              Form ID: pdf006            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2014.
```
db/jdb         +Dennis S. Baran,    Michal Louise Baran,    39W791 Dairyherd Lane,    Saint Charles, IL 60175-6977
20332200       +Advocate Financial Group,    Bankruptcy Dept.,    900 East Diehl  Suite 181,
                 Naperville, IL 60563-2390
20332201       +Best Buy,    Bankruptcy DEpt.,    POB 9312,    Minneapolis, MN 55440-9312
20332202        Branson Hospital,    Bankruptcy Dept.,    POB 1022,    Wixom, MI 48393-1022
20332203        Cadence Health,    Bankruptcy Dept.,    25 North Winfield Road,    Winfield, IL 60190
20332204        Cadence Health/Delnor Hospital,    Bankruptcy Dept.,    25 North Winfield Road,
                 Winfield, IL 60190
20332205        Capital One,    P.O. Box 30285,    Bankruptcy Dept.,    Salt Lake City, UT 84130-0285
21313054        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21314689        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20332206       +Centennial Counseling,    Bankruptcy Dept.,    1120 East Main Street,
                 Saint Charles, IL 60174-2287
20332207        Central DuPage Hospital,    Bankruptcy Dept.,    25 North Winfield Road,
                 Winfield, IL 60190-1295
20332208        Chase,    P.O. Box 15298,    Bankruptcy Dept.,    Wilmington, DE 19850-5298
20332209        Citibank,    Bankruptcy Dept.,    POB 6235,    Sioux Falls, SD 57117-6235
20332210       +Daniel Start,    2729 S. Melbourne,    Salt Lake City, UT 84106-4039
20332211       +Delnor Community Hospital,    Bankruptcy Dept.,    300 Randall Road,    Geneva, IL 60134-4200
20332212       +Delnor Hospital,    State Collection Service, Inc.,    2509 Stoughton Road,
                 Madison, WI 53716-3314
20332213        Diamond Resorts,    10600 W Charleston Blvd,    Bankruptcy Dept.,    Las Vegas, NV 89135-1014
20332216       +Elburn Dental,    Bankruptcy Dept.,    POB 190,    Elburn, IL 60119-0190
20332217       +Fox Valley Opthalmology,    Bankruptcy Dept.,    40W330 LaFox Road, Suite A,
                 Saint Charles, IL 60175-6515
20332218        Geneva Family Practice,    Bankruptcy Dept.,    Randall Road  Suite 202,    Geneva, IL 60134
20332219       +Grout Doctor Global Employee Bene,    2729 S. Melbourne,    Bankruptcy Dept.,
                 Salt Lake City, UT 84106-4039
20332220       +Grout Doctor Global Franchise Corp.,    2729 S. Melbourne,    Bankruptcy Dept.,
                 Salt Lake City, UT 84106-4039
20332224       +James C. and Jeanine Sneyd,    610 Sagewood Court,    Woodstock, GA 30189-8165
20332225        KCA Financial Service, Inc.,    Bankruptcy Dept.,    POB 53,    Geneva, IL 60134-0053
20332227       +Lighthouse Financial Group, Inc.,    Bankruptcy Dept.,    66 Miller Drive  Unit 104,
                 North Aurora, IL 60542-5144
20332228       +Lowe’s,    Bankruptcy Dept.,    1605 Curtis Bridge Road,    Wilkesboro, NC 28697-2231
20332229       +MB Financial Bank,    Bankruptcy Dept.,    6111 North River Road,    Rosemont, IL 60018-5111
20332233       +Meijer,    Bankruptcy Dept.,    2929 Walker Avenue NW,    Grand Rapids, MI 49544-6402
20332234        Menard’s,    Bankruptcy Dept.,    POB 15521,    Wilmington, DE 19850-5521
20332235       +Merchants Credit Guide,    223 W Jackson Blvd,    Bankruptcy Dept.,    Chicago, IL 60606-6914
20332236       +Nations Recovery Center, Inc.,    Bankruptcy Dept.,    6491 Peachtree Industrial Blvd.,
                 Atlanta, GA 30360-2100
20332237       +PNC Mortgage,    P.O. Box 1820,    Bankruptcy Dept.,    Dayton, OH 45401-1820
20332239       +Ray DiFazio Consulting,    Bankruptcy Dept.,    275 Parker Street #203,
                 San Francisco, CA 94118-3342
20332240       +Regina Fischer,    2729 S. Melbourne,    Salt Lake City, UT 84106-4039
20332241       +Sears,    Bankruptcy Dept.,    3333 Beverly Road,    Hoffman Estates, IL 60179-0001
20332242       +Surgical Group,    Bankruptcy Dept.,    1665 South Street,    Geneva, IL 60134-2542
21408200      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
20332244       +Wells Fargo Bank,    Bankruptcy Dept.,    305 East Main Street 3rd Floor,    Mesa, AZ 85201-7427
21513616        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21458787        E-mail/PDF: rmscedi@recoverycorp.com Sep 13 2014 00:54:59     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20332214        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 13 2014 00:54:46     Discover,    P.O. Box 30943,
                 Bankruptcy Dept.,    Salt Lake City, UT 84130-0943
20332215        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 13 2014 00:54:46     Discover *,
                 P.O. Box 30954,    Bankruptcy Dept.,    Salt Lake City, UT 84130-0954
21247171        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 13 2014 00:54:46     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20332221        E-mail/Text: cio.bncmail@irs.gov Sep 13 2014 00:49:53      Internal Revenue Service*,
                 Bankruptcy Dept.,    POB 7346,    Philadelphia, PA 19101-7346
20332222       +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2014 00:54:07     J.C. Penney,    Bankruptcy Dept.,
                 6501 Legacy Drive,    Plano, TX 75024-3612
20332223        E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2014 00:54:57     J.C. Penney *,    Bankruptcy Dept.,
                 POB 103126,    Roswell, GA 30076
20332226       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 13 2014 00:49:43      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Bankruptcy Dept.,    Menomonee Falls, WI 53051-5660
                                                                                              TOTAL: 8
```

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Sep 12, 2014
                              Form ID: pdf006             Total Noticed: 47

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Baldi Berg &  Wallace, Ltd
20332230*       +MB Financial Bank,    Bankruptcy Dept.,     6111 North River Road,    Rosemont, IL 60018-5111
20332231*       +MB Financial Bank,    Bankruptcy Dept.,     6111 North River Road,    Rosemont, IL 60018-5111
20332232*       +MB Financial Bank,    Bankruptcy Dept.,     6111 North River Road,    Rosemont, IL 60018-5111
20332238*       +PNC Mortgage,    P.O. Box 1820,    Bankruptcy Dept.,    Dayton, OH 45401-1820
20332243*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,     Bankruptcy Dept.,    POB 64799,
                  Saint Paul, MN 55164-0799)
                                                                                              TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2014 at the address(es) listed below:
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Julia D Loper    on behalf of Trustee Elizabeth C Berg jloper@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas F. Fezzey    on behalf of Joint Debtor Michal Louise Baran fezzey@gmail.com
              Thomas F. Fezzey    on behalf of Debtor Dennis S. Baran fezzey@gmail.com
                                                                                             TOTAL: 6
```