UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BARAN, DENNIS S. | § | Case No. 13-15610 |
| BARAN, MICHAL LOUISE | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on          . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Elizabeth C. Berg_____
                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service* Bankruptcy Dept. POB 7346 Philadelphia, PA 19101-7346 | | | | | |
| | MB Financial Bank Bankruptcy Dept. 6111 North River Road Rosemont, IL 60018 | | | | | |
| | MB Financial Bank Bankruptcy Dept. 6111 North River Road Rosemont, IL 60018 | | | | | |
| | MB Financial Bank Bankruptcy Dept. 6111 North River Road Rosemont, IL 60018 | | | | | |
| | MB Financial Bank Bankruptcy Dept. 6111 North River Road Rosemont, IL 60018 | | | | | |
| | PNC Mortgage P.O. Box 1820 Bankruptcy Dept. Dayton, OH 45401 | | | | | |
| | PNC Mortgage P.O. Box 1820 Bankruptcy Dept. Dayton, OH 45401 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank Bankruptcy Dept. POB 64799 Saint Paul, MN 55164-0799 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| Associated Bank | | | | | |
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Financial Group Bankruptcy Dept. 900 East Diehl  Suite 181 Naperville, IL 60563 | | | | | |
| | Best Buy Bankruptcy DEpt. POB 9312 Minneapolis, MN 55440 | | | | | |
| | Branson Hospital Bankruptcy Dept. POB 1022 Wixom, MI 48393-1022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cadence Health Bankruptcy Dept. 25 North Winfield Road Winfield, IL 60190 | | | | | |
| | Cadence Health/Delnor Hospital Bankruptcy Dept. 25 North Winfield Road Winfield, IL 60190 | | | | | |
| | Centennial Counseling Bankruptcy Dept. 1120 East Main Street Saint Charles, IL 60174 | | | | | |
| | Central DuPage Hospital Bankruptcy Dept. 25 North Winfield Road Winfield, IL 60190-1295 | | | | | |
| | Citibank Bankruptcy Dept. POB 6235 Sioux Falls, SD 57117-6235 | | | | | |
| | Daniel Start 2729 S. Melbourne Salt Lake City, UT 84106 | | | | | |
| | Delnor Community Hospital Bankruptcy Dept. 300 Randall Road Geneva, IL 60134 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Delnor Hospital State Collection Service, Inc. 2509 Stoughton Road Madison, WI 53716 | | | | | |
| | Diamond Resorts 10600 W Charleston Blvd Bankruptcy Dept. Las Vegas, NV 89135-1014 | | | | | |
| | Discover * P.O. Box 30954 Bankruptcy Dept. Salt Lake City, UT 84130-0954 | | | | | |
| | Elburn Dental Bankruptcy Dept. POB 190 Elburn, IL 60119 | | | | | |
| | Fox Valley Opthalmology Bankruptcy Dept. 40W330 LaFox Road, Suite A Saint Charles, IL 60175 | | | | | |
| | Geneva Family Practice Bankruptcy Dept. Randall Road Suite 202 Geneva, IL 60134 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grout Doctor Global Employee Bene 2729 S. Melbourne Bankruptcy Dept. Salt Lake City, UT 84106 | | | | | |
| | Grout Doctor Global Franchise Corp. 2729 S. Melbourne Bankruptcy Dept. Salt Lake City, UT 84106 | | | | | |
| | J.C. Penney * Bankruptcy Dept. POB 103126 Roswell, GA 30076 | | | | | |
| | James C. and Jeanine Sneyd 610 Sagewood Court Woodstock, GA 30189 | | | | | |
| | KCA Financial Service, Inc. Bankruptcy Dept. POB 53 Geneva, IL 60134-0053 | | | | | |
| | Lighthouse Financial Group, Inc. Bankruptcy Dept. 66 Miller Drive Unit 104 North Aurora, IL 60542 | | | | | |
| | Menard's Bankruptcy Dept. POB 15521 Wilmington, DE 19850-5521 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide 223 W Jackson Blvd Bankruptcy Dept. Chicago, IL 60606 | | | | | |
| | Nations Recovery Center, Inc. Bankruptcy Dept. 6491 Peachtree Industrial Blvd. Atlanta, GA 30360 | | | | | |
| | Ray DiFazio Consulting Bankruptcy Dept. 275 Parker Street #203 San Francisco, CA 94118 | | | | | |
| | Regina Fischer 2729 S. Melbourne Salt Lake City, UT 84106 | | | | | |
| | Sears Bankruptcy Dept. 3333 Beverly Road Hoffman Estates, IL 60179 | | | | | |
| | Surgical Group Bankruptcy Dept. 1665 South Street Geneva, IL 60134 | | | | | |
| | Wells Fargo Bank Bankruptcy Dept. 305 East Main Street 3rd Floor Mesa, AZ 85201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL ONE, N.A. | | | | | |
| 000005 | CAPITAL RECOVERY V, LLC | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |
| 000007 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000004 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1 - Trustee Report**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-15610 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | BARAN, DENNIS S. | | | Date Filed (f) or Converted (c): | 04/15/13 (f) |
| | BARAN, MICHAL LOUISE | | | 341(a) Meeting Date: | 06/03/13 |
| For Period Ending: | 11/19/14 | | | Claims Bar Date: | 02/18/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 39W791 Dairyherd Lane, St. Charles, IL  60175.  Tw | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. 1881 Carnation Court, Unit B, Aurora, IL.  2 story | 37,000.00 | 0.00 | | 0.00 | FA |
| 3. 1N303 La Fox Road, La Fox, IL  Single story, cemen | 210,000.00 | 0.00 | | 0.00 | FA |
| 4. First State Bank Checking Account #2017986 | 100.00 | 0.00 | | 0.00 | FA |
| 5. Old Second National Bank Checking Account #3000227 | 75.00 | 0.00 | | 0.00 | FA |
| 6. First State Bank Savings Account | 25.00 | 0.00 | | 0.00 | FA |
| 7. Checking account at Old Second Bank.  Michal Baran | 350.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods, Furnishings, Appliances and Elect | 500.00 | 0.00 | | 0.00 | FA |
| 9. Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 10. Wedding rings | 250.00 | 0.00 | | 0.00 | FA |
| 11. Lincoln Life Insurance Policy with face value of $ | 2,200.00 | 0.00 | | 0.00 | FA |
| 12. Term Life Insurance policy with Dearborn Life - De | 0.00 | 0.00 | | 0.00 | FA |
| 13. Term life insurance policy with Banner Life, death | 0.00 | 0.00 | | 0.00 | FA |
| 14. Met Life insurance policy with face value of $120, | 5,998.16 | 0.00 | | 0.00 | FA |
| 15. Dearborn Life insurance policy; term, death benefi | 0.00 | 0.00 | | 0.00 | FA |
| 16. Prudential Annuity  Account #E0788611 and contract | 2,315.35 | 0.00 | | 0.00 | FA |
| 17. Debtors own 100% of the stock in M & D Services, d  Abandoned per order 02/28/14 | 0.00 | 0.00 | OA | 0.00 | FA |
| 18. Grout Doctor Global Franchise Corporation.  A C co | Unknown | 30,000.00 | | 15,000.00 | FA |
| 19. Debtors own the Trademark for the Stone Doctor. No | Unknown | 0.00 | | 0.00 | FA |
| 20. 1999 Chevy Astro Van, cross collateralized with bu | Unknown | 0.00 | | 0.00 | FA |
| 21. 1999 Chevy Astro Van - cross collateralized with M | Unknown | 0.00 | | 0.00 | FA |
| 22. 2003 Chevy Tahoe with 91000 miles, used by Grandda | 5,600.00 | 0.00 | | 0.00 | FA |
| 23. 2004 Astro Van with 119000 miles | 2,900.00 | 0.00 | | 0.00 | FA |
| 24. 2005 Chevy Cavalier with 160,000 miles owned joint | 418.00 | 0.00 | | 0.00 | FA |
| 25. Storage racks and miscellaneous small hand tools | 200.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.03a

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 1 - Trustee Report**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 13-15610 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | BARAN, DENNIS S. | | | Date Filed (f) or Converted (c): | 04/15/13 (f) |
| | BARAN, MICHAL LOUISE | | | 341(a) Meeting Date: | 06/03/13 |
| | | | | Claims Bar Date: | 02/18/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Miscellaneous grouts, chemicals and grout stains | 50.00 | 0.00 | | 0.00 | FA |
| 27. Time Share - Diamond Resorts International | Unknown | 0.00 | | 360.00 | FA |
| 28. Time Share - ARI Holiday Network LTD | Unknown | 0.00 | | 360.00 | FA |
| 29. 3 Timeshares (u) | 0.00 | 1,080.00 | | 1,080.00 | FA |
| 30. Thomas Pradzynski titled New York Sunday (u) | 0.00 | 200.00 | | 200.00 | FA |
| TOTALS (Excluding Unknown Values) | $618,281.51 | $31,280.00 | | $17,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtors' interest in corporate franchisor, Grout Doctor Global Franchise Corporation ("GDGFC");
during her investigation, Trustee obtained extensions of time to file a complaint objecting to Debtors' discharge;
Trustee obtained court order directing turnover of GDGFC stock certificate; pursuant to this Court's order dated
12/19/13, Trustee negotiated for sale of interest back to GDGFC for $15,000.00; Trustee identified timeshares not
scheduled by Debtors as well as marketable art; Trustee investigated the Debtors' interest in the various timeshares and
art; Trustee contacted brokers in Hawaii to determine liquidation value of time shares; ultimately, Trustee negotiated
with Debtors to sell the Estate's interest in the timeshares and art for $2,000.00 payable in installments; Trustee
received final installment payment in May 2014; Trustee reviewed and analyzed claims and attended to Estate tax matters,
including filing Estate tax returns.

Initial Projected Date of Final Report (TFR): 09/30/14    Current Projected Date of Final Report (TFR): 09/30/14

FORM 2 -- Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-15610 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | BARAN, DENNIS S. | Bank Name: | Associated Bank |
|  | BARAN, MICHAL LOUISE | Account Number / CD #: | *******6040 Checking Account |
| Taxpayer ID No: | *******3865 |  |  |
| For Period Ending: | 11/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/30/13 | 18 | Chase - Cashier's Check | SALE OF STOCK - GROUT DOC GLOBAL | 1129-000 | 15,000.00 |  | 15,000.00 |
| 02/06/14 | 001001 | International Sureties, Ltd. | 2013 Bond Premium | 2300-000 |  | 10.31 | 14,989.69 |
|  |  | Suite 420 | Bond Number: #016026455 |  |  |  |  |
|  |  | 701 Poydras Street |  |  |  |  |  |
|  |  | New Orleans, LA 70139 |  |  |  |  |  |
| 02/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 22.29 | 14,967.40 |
| 02/13/14 | 27, 28 | DENNIS & MICHAL BARAN | SETTLEMENT - TIMESHARE | 1129-000 | 500.00 |  | 15,467.40 |
|  |  | 39W791 DAIRYHERD LANE |  |  |  |  |  |
|  |  | ST. CHARLES, IL 60175 |  |  |  |  |  |
| 03/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 20.49 | 15,446.91 |
| 03/17/14 |  | DENNIS & MICHAL BARAN | SETTLEMENT - TIMESHARE |  | 500.00 |  | 15,946.91 |
|  |  | 39W791 DAIRYHERD LANE |  |  |  |  |  |
|  |  | ST. CHARLES, IL 60175 |  |  |  |  |  |
|  | 28 |  | Memo Amount: 220.00 | 1129-000 |  |  |  |
|  |  |  | SETTLEMENT-TIMESHARE |  |  |  |  |
|  | 29 |  | Memo Amount: 280.00 | 1229-000 |  |  |  |
|  |  |  | SETTLEMENT TIMESHARE |  |  |  |  |
| 04/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 23.32 | 15,923.59 |
| 04/16/14 | 29 | DENNIS & MICHAL BARAN | SETTLEMENT - TIMESHARE | 1229-000 | 500.00 |  | 16,423.59 |
|  |  | 39W791 DAIRYHERD LANE |  |  |  |  |  |
|  |  | ST. CHARLES, IL 60175 |  |  |  |  |  |
| 05/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 23.27 | 16,400.32 |
| 05/19/14 |  | DENNIS & MICHAL BARAN | SETTLEMENT - TIMESHARE/ARTWORK |  | 500.00 |  | 16,900.32 |
|  |  | 39W791 DAIRYHERD LANE |  |  |  |  |  |
|  |  | ST. CHARLES, IL 60175 |  |  |  |  |  |
|  | 29 |  | Memo Amount: 300.00 | 1229-000 |  |  |  |
|  |  |  | SETTLEMENT TIMESHARE/ARTWORK |  |  |  |  |
|  | 30 |  | Memo Amount: 200.00 | 1229-000 |  |  |  |

Page Subtotals  17,000.00  99.68

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2 -- Trustee Report

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-15610 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BARAN, DENNIS S. | | Bank Name: | Associated Bank |
| | BARAN, MICHAL LOUISE | | Account Number / CD #: | *******6040 Checking Account |
| Taxpayer ID No: | *******3865 | | | |
| For Period Ending: | 11/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | SETTLEMENT TIMESHARE/ARTWORK | | | | |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.69 | 16,875.63 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 24.28 | 16,851.35 |
| 10/14/14 | 001002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 2,450.00 | 14,401.35 |
| 10/14/14 | 001003 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Accountant for TR Fees (Other Firm) | 3410-000 | | 906.50 | 13,494.85 |
| 10/14/14 | 001004 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 7,750.00 | 5,744.85 |
| 10/14/14 | 001005 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 106.40 | 5,638.45 |
| 10/14/14 | 001006 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 8.00131% | 7100-000 | | 970.90 | 4,667.55 |
| 10/14/14 | 001007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 8.00138% | 7100-000 | | 813.38 | 3,854.17 |
| 10/14/14 | 001008 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 8.00139% | 7100-000 | | 220.96 | 3,633.21 |
| 10/14/14 | 001009 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT | Claim 000004, Payment 8.00153% | 7100-000 | | 113.12 | 3,520.09 |

Page Subtotals   0.00   13,380.23

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2 -- Trustee Report

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-15610 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | BARAN, DENNIS S. | Bank Name: | Associated Bank |
|  | BARAN, MICHAL LOUISE | Account Number / CD #: | *******6040  Checking Account |
| Taxpayer ID No: | *******3865 |  |  |
| For Period Ending: | 11/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/14/14 | 001010 | P.O. BOX 5229<br>CINCINNATI, OH 45201-5229<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 8.00105% | 7100-000 |  | 109.22 | 3,410.87 |
| 10/14/14 | 001011 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 8.00119% | 7100-000 |  | 212.91 | 3,197.96 |
| 10/14/14 | 001012 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 8.00143% | 7100-000 |  | 381.97 | 2,815.99 |
| 10/14/14 | 001013 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000008, Payment 8.00135% | 7100-000 |  | 2,815.99 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 1,000.00 | COLUMN TOTALS | 17,000.00 | 17,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  | Subtotal | 17,000.00 | 17,000.00 |  |
| Memo Allocation Net: | 1,000.00 | Less:  Payments to Debtors |  | 0.00 |  |
|  |  | Net | 17,000.00 | 17,000.00 |  |
|  |  |  |  | NET | ACCOUNT |
| Total Allocation Receipts: | 1,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********6040 | 17,000.00 | 17,000.00 | 0.00 |
|  |  |  | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 1,000.00 |  | 17,000.00 | 17,000.00 | 0.00 |
|  |  |  | ============ | ============ | ============ |

Page Subtotals           0.00        3,520.09

Ver: 18.03a

FORM 2 -- Trustee Report

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-15610 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | BARAN, DENNIS S. | | Bank Name: | Associated Bank |
| | BARAN, MICHAL LOUISE | | Account Number / CD #: | *******6040 Checking Account |
| Taxpayer ID No: | *******3865 | | | |
| For Period Ending: | 11/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*